FILED
July 01, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003607002

Thomas O. Gillis, Esq., SBN 40186
GILLIS LAW OFFICE
1006 H Street, Suite One
Modesto, CA 95354
Tel: 209-575-1153
Fax: 209-575-5956

Attorney for Debtor,
MARICELA ROJAS

### UNITED STATE BANKRUPTCY COURT
### EASTERN DISTRICT OF CALIFORNIA
### MODESTO DIVISION

In re: MARICELA ROJAS, ) Case No.: 11-91859
)
) DCN – TOG-2
)
Debtor. ) DATE: August 10, 2011
) TIME: 10:00 am
) DEPT: US Bankruptcy Court
) 1200 I Street, Suite 4
) Modesto. CA

## MOTION OF DEBTOR TO COMPEL ABANDONMENT
## OF BANK ACCOUNTS BY TRUSTEE

Debtor hereby requests an order requiring the trustee to abandon the Wells Fargo Checking and Savings accounts of Ofelia Castaneda, mother of Debtor (Four Accounts) for the reasons set forth in the Declaration of Debtor. Filed concurrently herewith

Date: July 1, 2011           /s/ Thomas O Gillis
                             THOMAS O. GILLIS, Attorney

1